MARCH 18, 1993

No. A–698 (92–7944). POYNER v. MURRAY, DIRECTOR, VIR-
GINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir.
Application for stay of execution of sentence of death, presented
to THE CHIEF JUSTICE, and by him referred to the Court, denied.
JUSTICE BLACKMUN and JUSTICE STEVENS would grant the appli-
cation for stay of execution.

MARCH 19, 1993

No. 92–1480 (A–691). SANTANA v. COLLINS, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.
C. A. 5th Cir. Application for stay of execution of sentence of
death, presented to JUSTICE SCALIA, and by him referred to the
Court, denied. Certiorari denied.

MARCH 22, 1993

No. 92–362. HISPANIC CHAMBER OF COMMERCE ET AL. v. ARI-
ZONANS FOR FAIR REPRESENTATION ET AL. Affirmed on appeal
from D. C. Ariz. JUSTICE O'CONNOR took no part in the consid-
eration or decision of this case.

No. 92–1257. WATKINS ET AL. v. FORDICE, GOVERNOR OF MIS-
SISSIPPI, ET AL.; and
No. 92–1295. FORDICE, GOVERNOR OF MISSISSIPPI, ET AL. v.
WATKINS ET AL. Appeals from D. C. S. D. Miss. dismissed for
want of jurisdiction. Reported below: 807 F. Supp. 406.

No. 92–933. LOPES, TRUSTEE v. CITY OF PEABODY, MASSA-
CHUSETTS. App. Ct. Mass. Certiorari granted, judgment va-
cated, and case remanded for further consideration in light of
Lucas v. South Carolina Coastal Council, 505 U. S. 1003 (1992).